1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  JAIRO SIMON SERRANO

6
               **IN THE UNITED STATES DISTRICT COURT**
7
            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

9

10 UNITED STATES OF AMERICA,
                                        **2:10-CR-00425 MCE**
11              Plaintiff,

12 v.
                                        **AMENDED STIPULATION AND ORDER TO**
13 JAIRO SIMON SERRANO,                 **CONTINUE STATUS CONFERENCE**

14              Defendant.

15

16

17
                              **STIPULATION**
18
        Plaintiff, United States of America, by and through its counsel, Assistant United States
19
   Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J.
20
   Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant,
21
   Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Julio Cesar Xep, by
22
   and through his counsel, Shari Rusk; defendant, Luis Figueroa-Alcazar, by and through his counsel,
23
   Danny Brace, and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer,
24
   agree and stipulate to vacate the date set for status conference, November 3, 2011 at 9:00 a.m., in the
25
   above-captioned matter, and to continue the status conference to December 1, 2011 at 9:00 a.m. in the
26
   courtroom of the Honorable Morrison C. England, Jr.
27
        The reason for this request is that the government has provided plea agreements to the
28
   defendants; however, additional time is needed for plea negotiations, for counsel to review plea

   agreements with defendants, and other defense preparation.

1  The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Ms. Rusk, Mr. Brace, and Mr. Bauer

2  concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

3         The parties further agree and stipulate that the time period from the filing of this stipulation

4  until December 1, 2011 should be excluded in computing time for commencement of trial under the

5  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

6  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

7  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

8  outweigh the best interests of the public and the defendant in a speedy trial.

9         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10  IT IS SO STIPULATED

11  Dated: November 1, 2011                    BENJAMIN WAGNER
                                               United States Attorney
12
                                        By:_____/s/ Paul A. Hemesath_____
13                                             PAUL A. HEMESATH
                                               Assistant United States Attorney
14

15  Dated: November 1, 2011                    _____/s/ Erin J. Radekin_____
                                               ERIN J. RADEKIN
16                                             Attorney for Defendant
                                               JAIRO SIMON SERRANO
17

18  Dated: November 1, 2011                    _____/s/ J. Toney_____
                                               J. TONEY
19                                             Attorney for Defendant
                                               JAMIE ERNESTO GARCIA-ALCAZAR
20

21  Dated: November 1, 2011                    _____/s/ Gilbert A. Roque_____
                                               GILBERT A. ROQUE
22                                             Attorney for Defendant
                                               JESUS BAZAN ALVARADO
23

24
    Dated: November 1, 2011                    _____/s/ Shari Rusk_____
25                                             SHARI RUSK
                                               Attorney for Defendant
26                                             JULIO CESAR XEP
    / / /
27
    / /
28

1  Dated: November 1, 2011                    _/s/ Danny Brace_____
2                                             DANNY BRACE
                                              Attorney for Defendant
3                                             LUIS FIGUEROA-ALCAZAR

   Dated: November 1, 2011                    _/s/ Charles E. Bauer_____
4                                             CHARLES E. BAUER
                                              Attorney for Defendant
5                                             MARCARIO BARRAGAN AYALA

6

7

8                                    **ORDER**

9          For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

10 conference date of November 3, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is

11 set for status conference on December 1, 2011 at 9:00 a.m.  The Court finds excludable time in this

12 matter through December 1, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow

13 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For

14 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

15 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

16 3161(h)(7)(A), (h)(7)(B)(iv).

17         IT IS SO ORDERED.

18

   Dated:  November 2, 2011
19

20                                             _____
                                              MORRISON C. ENGLAND, JR.
21                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

-3-