**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAIRO SIMON SERRANO,<br><br>　　　　Defendant. | **2:10-CR-00425 M**CE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; and defendant, Luis Figueroa-Alcazar, by and through his counsel, Danny Brace, agree and stipulate to vacate the date set for status conference, March 22, 2012 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to April 5, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that the government has provided plea agreements to the defendants; however, additional time is needed for plea negotiations and for counsel to discuss such agreements with defendants and prepare defendants for change of plea. The Court is advised that Mr. Hemesath and Mr. Brace concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

until April 5, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: March 21, 2012                              BENJAMIN WAGNER
                                                   United States Attorney

                                              By:       /s/ Paul A. Hemesath
                                                   PAUL A. HEMESATH
                                                   Assistant United States Attorney

Dated: March 21, 2012                                   /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   JAIRO SIMON SERRANO

Dated: March 21, 2012                                   /s/ Danny Brace
                                                   DANNY BRACE
                                                   Attorney for Defendant
                                                   LUIS FIGUEROA-ALCAZAR

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 22, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on April 5, 2012 at 9:00 a.m.  The Court finds excludable time in this matter through April 5, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE