1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  JAIRO SIMON SERRANO

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                    **2:10-CR-00425 MCE**

12  v.

13  JAIRO SIMON SERRANO,                      **AMENDED STIPULATION AND ORDER TO**
                                              **CONTINUE STATUS CONFERENCE**
14              Defendant.

15

16

17                                                     **STIPULATION**

18       Plaintiff, United States of America, by and through its counsel, Assistant United States

19  Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J.

20  Radekin; and defendant, Luis Figueroa-Alcazar, by and through his counsel, Danny Brace, agree and

21  stipulate to vacate the date set for status conference, March 22, 2012 at 9:00 a.m., in the above-

22  captioned matter, and to continue the status conference to April 5, 2012 at 9:00 a.m. in the courtroom

23  of the Honorable Morrison C. England, Jr.

24       The reason for this request is that the government has provided plea agreements to the

25  defendants; however, additional time is needed for plea negotiations and for counsel to discuss such

26  agreements with defendants and prepare defendants for change of plea.  The Court is advised that Mr.

27  Hemesath and Mr. Brace concur with this request and have authorized Ms. Radekin to sign this

28  stipulation on their behalf.

         The parties further agree and stipulate that the time period from the filing of this stipulation

1   until April 5, 2012 should be excluded in computing time for commencement of trial under the

2   Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

3   Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

4   preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

5   outweigh the best interests of the public and the defendant in a speedy trial.

6            Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7   IT IS SO STIPULATED

8   Dated: March 21, 2012                    BENJAMIN WAGNER
                                              United States Attorney
9
                                             By:_____/s/ Paul A. Hemesath_____
10                                           PAUL A. HEMESATH
                                             Assistant United States Attorney
11

12  Dated: March 21, 2012                    _____/s/ Erin J. Radekin_____
                                             ERIN J. RADEKIN
13                                           Attorney for Defendant
                                             JAIRO SIMON SERRANO
14

15  Dated: March 21, 2012                    _____/s/ Danny Brace_____
                                             DANNY BRACE
16                                           Attorney for Defendant
                                             LUIS FIGUEROA-ALCAZAR
17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 22, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on April 5, 2012 at 9:00 a.m.  The Court finds excludable time in this matter through April 5, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE